1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-263 LJO |
| ) | |
| Plaintiff, ) | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| v. ) | |
| KELVIN OWENS and ) | |
| CLIFTON MYERS, ) | |
| ) | |
| Defendants. ) | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: August 21, 2008

_____
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 21, 2008

_____
SANDRA M. SNYDER
United States Magistrate Judge

1