UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CLIFTON MYERS,<br><br>　　　　　　Defendant. | 1:08-cr-263-LJO<br><br>**ORDER RE PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE (Doc. 55)** |

　　　The Court has received and reviewed Defendant's pro se petition for early termination of supervised release pursuant to 18 U.S.C. § 3583. Doc. 55. The Court is informed that Defendant was arrested for Driving Under the Influence (DUI) in February 2014. The Court also understands that the arresting officer is now deceased and that Petitioner's DUI was subsequently dismissed. In order for the Court to consider Petitioner's request for early termination, Petitioner must obtain the police report pertaining to his DUI arrest and forward it to the Court for review.

IT IS SO ORDERED.

　　　Dated:　**June 18, 2015**　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1